1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  ISRAEL GONZALEZ,                          )    Case No.: 1:13-cv-00993-LJO-BAM PC
                                              )
12                      Plaintiff,            )    ORDER DISMISSING ACTION WITHOUT
                                              )    PREJUDICE FOR FAILURE TO OBEY COURT
13          v.                                )    ORDER
                                              )
14  SIX UNKNOWN NAMES AGENTS, et al.,         )
                                              )    (ECF Nos. 1, 2)
15                      Defendants.           )
                                              )
16                                            )
                                              )
17  _____  )

18          On June 28, 2013, Plaintiff Israel Gonzalez, a federal prisoner proceeding pro se, filed what

19  was construed as a civil rights complaint.  The complaint was not signed and it set forth no intelligible

20  claims for relief.  As the Court cannot consider unsigned filings, the Court struck the complaint from

21  the record on July 5, 2013, and ordered Plaintiff to file a signed complaint within thirty days.  The

22  Court also ordered Plaintiff to file a motion seeking leave to proceed in forma pauperis or pay the

23  $400.00 filing fee in full within thirty days.  The Court warned Plaintiff that his failure to comply

24  would result in dismissal of this action.  More than thirty days have passed and Plaintiff has not

25  complied with the Court's order or otherwise responded to the Court.

26          A civil action may not proceed absent the submission of a pleading and either an application to

27  proceed in forma pauperis or the filing fee.  28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3.  Due to

28  Plaintiff's failure to respond to the Court's order to submit a signed complaint and either an

                                            1

application to proceed in forma pauperis or the filing fee, dismissal of this action is appropriate.  In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed without prejudice for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **August 13, 2013**               _____/s/ Lawrence J. O'Neill____
                                          UNITED STATES DISTRICT JUDGE

2